Mark E. Merin (State Bar No. 043849)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com

Attorney for Plaintiff
JOSHUA DANIEL ABDALLAH

---o0o---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| JOSHUA DANIEL ABDALLAH,<br><br>    Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.<br><br>    Defendants. | Case No. 2:11-CV-00625-MCE-KJN<br><br>**ORDER GRANTING<br>MOTION TO AMEND COMPLAINT** |

Pursuant to the Court's Pretrial Scheduling Order dated June 28, 2011, the Court hereby grants Plaintiff's request to file his First Amended Complaint for the limited purpose of naming previously designated "SACRAMENTO COUNTY SHERIFF'S DEPUTY DOES 1 – 5."

Dated:  September 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

*Joshua Daniel Abdallah v. Sacramento County, et al.;* U.S.D.C., Eastern District of California, Case No. 2:11-CV-00625-MCE-KJN