1   Mark E. Merin (State Bar No. 043849)
    **LAW OFFICE OF MARK E. MERIN**
2   1010 F Street, Suite 300
    Sacramento, California 95814
3   Telephone:     (916) 443-6911
    Facsimile:      (916) 447-8336
4   E-Mail:          mark@markmerin.com

5   Attorney for Plaintiff
    JOSHUA DANIEL ABDALLAH

6
                                      ---o0o---
7
                        UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9
                                      ---o0o---
10

11  JOSHUA DANIEL ABDALLAH,                    Case No. 2:11-CV-00625-MCE-KJN

            Plaintiff,                          **ORDER GRANTING**
12                                              **MOTION TO AMEND COMPLAINT**

13          vs.

14  SACRAMENTO COUNTY, et al.

            Defendants.
15

16          Pursuant to the Court's Pretrial Scheduling Order dated June 28, 2011, the Court hereby grants

17  Plaintiff's request to file his First Amended Complaint for the limited purpose of naming previously

18  designated "SACRAMENTO COUNTY SHERIFF'S DEPUTY DOES 1 – 5."

19  Dated:  September 29, 2011

20
                                      _____
21                                    MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

                                            1