Mark E. Merin (State Bar No. 043849)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com

Attorney for Plaintiff

John A. Lavra, CSB No.: 114533
Amanda L. Butts, CSB No.: 253651
LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DANIEL ABDALLAH, | Case No. 2:11-CV-00625-MCE-KJN |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| vs. | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| SACRAMENTO COUNTY, et al. | |
| Defendants. | |

Pursuant to the settlement of plaintiff's claims, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this entire action shall be dismissed, with prejudice.  Each side shall bear their own attorneys fees and costs.

DATED: July 17, 2012              LAW OFFICE OF MARK E. MERIN

                                  /s/ "Mark E. Merin"
                              By: _____
                                  Mark E. Merin (SBN 043849)

                                  Attorney for Plaintiff
                                  JOSHUA DANIEL ABDALLAH

-1-

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**
*Joshua Daniel Abdallah vs. Sacramento County, et al.;* USDC, Eastern District of California, Case No. 2:11-CV-00625-MCE-KJN

1 | DATED: July 17, 2012  LONGYEAR, O'DEA & LAVRA, LLP

By: /s/ "John A. Lavra"
JOHN A. LAVRA
AMANDA L. BUTTS

Attorneys for Defendants
SACRAMENTO COUNTY, et al.

IT IS SO ORDERED.

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**
*Joshua Daniel Abdallah vs. Sacramento County, et al.;* USDC, Eastern District of California, Case No. 2:11-CV-00625-MCE-KJN