1  Mark E. Merin (State Bar No. 043849)
   **LAW OFFICE OF MARK E. MERIN**
2  1010 F Street, Suite 300
   Sacramento, California 95814
3  Telephone:    (916) 443-6911
   Facsimile:    (916) 447-8336
4  E-Mail:       mark@markmerin.com

5  Attorney for Plaintiff

6  John A. Lavra, CSB No.: 114533
   Amanda L. Butts, CSB No.: 253651
7  LONGYEAR, O'DEA & LAVRA, LLP
8  3620 American River Drive, Suite 230
   Sacramento, CA 95864
9  Phone: 916-974-8500
   Facsimile: 916-974-8510
10
   Attorneys for Defendants
11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

14 | JOSHUA DANIEL ABDALLAH,         | Case No. 2:11-CV-00625-MCE-KJN          |
15 |        Plaintiff,               | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
16 |   vs.                           |                                          |
17 | SACRAMENTO COUNTY, et al.       | Fed. R. Civ. P. 41(a)(1)(A)(ii)         |
18 |        Defendants.              |                                          |

       Pursuant to the settlement of plaintiff's claims, in accordance with Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), the parties stipulate that this entire action shall be dismissed, with

prejudice.  Each side shall bear their own attorneys fees and costs.

DATED: July 17, 2012                 LAW OFFICE OF MARK E. MERIN


                                          /s/ "Mark E. Merin"
                                     By: _____
                                          Mark E. Merin (SBN 043849)

                                          Attorney for Plaintiff
                                          JOSHUA DANIEL ABDALLAH

-1-

1  DATED: July 17, 2012                    LONGYEAR, O'DEA & LAVRA, LLP

2

3                                                   /s/ "John A. Lavra"
                                           By: _____
4                                                JOHN A. LAVRA
                                                 AMANDA L. BUTTS
5
                                                 Attorneys for Defendants
6                                                SACRAMENTO COUNTY, et al.

7

8

9        IT IS SO ORDERED.

10

11  Dated: July 17, 2012

12                                         _____
13                                         MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE

-2-

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**
*Joshua Daniel Abdallah vs. Sacramento County, et al.;* USDC, Eastern District of California, Case No. 2:11-CV-00625-MCE-KJN